# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JODY DECKER, | ) |
|         Plaintiff | ) |
| v. | ) Civil No. 09-641-P-S |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
|         Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 19) filed on October 31, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **VACATED** and the case is remanded for further proceedings consistent with the Magistrate Judge's Recommended Decision.

        /s/ George Z. Singal
        United States District Judge

Dated this 18th day of November, 2010.